United States District Court
Southern District of Texas

**ENTERED**
February 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHAMSUL SHAIKH,<br>*Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. H-20-cv-3602 |
| JACK HENRY & ASSOC., INC.,<br>*Defendant*. | § § § | |

### DOCKET CONTROL ORDER

1. 5/15/2021    Motions to Amend Pleadings.

2. 5/15/2021    Motions to Add New Parties.

3. 8/30/2021    Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26 (a)(2)(B).

4. 9/30/2021    Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26 (a) (2) (B).

5. 10/30/2021   COMPLETION OF DISCOVERY
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

6. 11/1/2021    MEDIATION TO BE COMPLETED BY:

7. 12/1/2021    DISPOSITIVE MOTIONS

8. 11/5/2021    ALL OTHER PRETRIAL MOTIONS

9. 4/1/2022     JOINT PRETRIAL ORDER and MOTIONS IN LIMINE
   Plaintiff is responsible for timely filing the complete joint pretrial order. The court will not accept separate versions of the pretrial order.

10. 4/8/2022    DOCKET CALL
.

Signed on February 10, 2021, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge